IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOSEPH ANTHONY )
)
v. ) No. 3-07-0368
)
NORTHSIDE TRANSPORTATION, )
L.L.C.; and GROVER J. MCMURRAY, )
individually and as an agent for )
Northside Transportation, L.L.C. )

O R D E R

On March 3, 2008, defendants' counsel advised that the parties had reached a settlement in this case, and that he anticipated that a stipulation of dismissal would be filed by March 4, 2007.[1]

The parties shall have until March 7, 2008, to file a stipulation of dismissal or agreed order of dismissal.

The Clerk is directed to forward the file in this case to the Honorable Robert L. Echols for his consideration of the parties' agreed order or stipulation of dismissal to be filed by March 7, 2008.[2]

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

---

[1] Pursuant to the order entered December 17, 2007 (Docket Entry No. 28), a settlement conference was held on February 7, 2008, at the conclusion of which the parties were not able to reach a settlement. Apparently, the parties continued settlement negotiations subsequent to the settlement conference and were able to come to a resolution.

[2] By order entered June 7, 2007 (Docket Entry No. 18), the pretrial conference and trial were scheduled on June 23, 2008, and July 22, 2008, respectively.