IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| **JOSEPH ANTHONY,** | ) | |
| | ) | |
|    **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | No. 3:07-CV-00368 |
| | ) | Senior Judge Echols |
| **NORTHSIDE TRANSPORTATION, L.L.C.,** | ) | Magistrate Judge Griffin |
| **& GROVER J. MCMURRAY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## AGREED ORDER OF DISMISSAL

It is hereby stipulated and agreed by the parties above-captioned, through their respective undersigned counsel, that the above-entitled action, including all claims and counter-claims filed with the Court herein have been resolved pursuant to a Confidential Settlement Agreement and Mutual Release and shall be, and hereby are, dismissed with prejudice and on the merits, without costs to any party.

It is, therefore, ORDERED, ADJUDGED and DECREED that all claims and counter-claims in this matter are hereby DISMISSED with prejudice. Each side is to bear their own costs.

It is so ORDERED.

ENTERED this 10th day of March, 2008.

*/s/ Robert L. Echols*
SENIOR JUDGE ROBERT L. ECHOLS

**APPROVED FOR ENTRY:**

YEZBAK LAW OFFICES

/s/ Charles P. Yezbak III
CHARLES P. YEZBAK III
2002 Richard Jones Road, Suite B-200
Nashville, TN 37215
(615) 250-2000

*Counsel for Plaintiff*


BONE MCALLESTER NORTON, PLLC


/s/ C. David Briley
C. DAVID BRILEY
511 Union Street, Suite 1600
Nashville, TN 37219
(615) 238-6300 – phone

*Attorneys for Defendants/Counter-Plaintiffs*


## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing has been served via ECF, on this 4th day of March, 2008, on the following:

Charles P. Yezbak III
2002 Richard Jones Road, Suite B-200
Nashville, TN 37215
(615) 250-2000
yezbak@yezbaklaw.com

                                                /s/ C. David Briley
                                                C. David Briley